# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 8, 2007

Charles R. Fulbruge III
Clerk

No. 07-10525
Conference Calendar

UNITED STATES OF AMERICA

                    Plaintiff-Appellee

v.

MICHAEL RYAN GOODGION

                    Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:06-CR-71-1

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Michael Ryan Goodgion presents arguments that he concedes are foreclosed by United States v. Daugherty, 264 F.3d 513, 518 (5th Cir. 2001), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g), and United States v. Brown, 920 F.2d 1212, 1216-17 (5th Cir. 1991), which held that a district court may order a term of imprisonment to run consecutively with an

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

unimposed state sentence.  The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.